

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2022

No. 04-22-00725-CV

David Gene **BECKA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1257
Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

After we granted a first extension, we set the reporter's record due on November 17, 2022. On the due date, court reporter Roxanne F. Pena filed a notice of late record. She noted she is diligently working on the record, but she is waiting to receive exhibits from the district clerk.

By statute, this appeal must be given priority over all other appeals. *See* TEX. HEALTH & SAFETY CODE ANN. § 574.070 ("The court of appeals and supreme court shall give an appeal under this section *preference over all other cases* and shall advance the appeal on the docket." (emphasis added)).

We ORDER Roxanne F. Pena to continue to give this record the highest priority status in the order of preparing records. *See id.*

**The reporter's record is due as soon as it is ready, but not later than November 28, 2022.** *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2022.

MICHAEL A. CRUZ, Clerk of Court